IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMONT PUGH,** | : | CIVIL ACTION NO. 1:20-CV-1273 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **VINCENT MOONEY,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 23rd day of July, 2024, upon consideration of the motion for summary judgment (Doc. 78), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion for summary judgment (Doc. 78) is GRANTED in part and DENIED in part.

2. Defendants are granted summary judgment as to all remaining claims except plaintiff's excessive force and retaliation claims against defendants Phillips and Moore.

3. Plaintiff's claims against defendant O'Brien are DISMISSED.

4. The Clerk of Court is directed to enter judgment in favor of all defendants other than Phillips and Moore.

5. Within twenty-one (21) days of the date of this order, the parties shall file a joint status report indicating whether they wish to have the case referred to mediation with this district's Prisoner Litigation Settlement Program.

6.      If the case is not resolved through mediation, the court will schedule a trial on the merits.

>  /S/ CHRISTOPHER C. CONNER
>Christopher C. Conner
>United States District Judge
>Middle District of Pennsylvania